**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AMIR AHMADIYAR, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASPIRE LAW GROUP, PLLC, a Michigan Professional Limited Liability Company,<br><br>Defendant. | Civil Action No.<br>1:26-cv-01792-PTG-LRV<br><br>Hon. Patricia Tolliver Giles<br><br>**MOTION TO DISMISS CLASS ACTION COMPLAINT** |

**DEFENDANT ASPIRE LAW GROUP, PLLC'S**
**MOTION TO DISMISS THE CLASS ACTION COMPLAINT**

Defendant Aspire Law Group, PLLC ("Aspire"), by and through undersigned counsel, respectfully moves pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6) to dismiss Plaintiff Amir Ahmadiyar's Class Action Complaint.

As set forth more fully in the accompanying Memorandum of Law and the Declaration of Stuart M. Dorf submitted in support thereof, dismissal is warranted because this Court lacks personal jurisdiction over Aspire under Rule 12(b)(2). In the alternative, the Complaint fails to state a claim upon which relief can be granted under Rule 12(b)(6) because Plaintiff does not plausibly allege that Aspire made the challenged prerecorded call or is vicariously liable for it under the Telephone Consumer Protection Act, 47 U.S.C. § 227, and does not plausibly allege a claim against Aspire under the Virginia Telephone Privacy Protection Act, Va. Code §§ 59.1-510 et seq. The Complaint also fails to allege facts sufficient to support Plaintiff's request for enhanced damages under the TCPA.

In addition, Plaintiff lacks Article III standing to pursue the prospective injunctive relief requested in the Complaint, and his requests for declaratory relief present no ongoing controversy, warranting dismissal of those requests under Rule 12(b)(1).

WHEREFORE, Defendant Aspire Law Group, PLLC respectfully requests that the Court grant this Motion, dismiss Plaintiff's Class Action Complaint as set forth in the accompanying Memorandum of Law, and grant such other and further relief as the Court deems just and proper.

Dated: August 17, 2026

Respectfully submitted,


**COZEN O'CONNOR**

*/s/ Chad E. Kurtz*
Chad E. Kurtz
(VSB #88863)
2001 M Street NW, Suite 500
Washington, D.C. 20036
Tel: (202) 463-2521
Fax: (202) 640-5939
ckurtz@cozen.com

**SHIPKEVICH PLLC**

Rebecca Hall Klar
521 Fifth Avenue, Suite 1700
New York, NY 10175
Tel: (212) 252-3003
Fax: (888) 568-5815
rklar@shipkevich.com
*Pro Hac Vice Admission Pending*

***Counsel for Defendant***
***Aspire Law Group, PLLC***