## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record, including Anthony Paronich, Esq. and William Robinson, Esq., counsel for Plaintiff.

*/s/ Chad E. Kurtz*
Chad E. Kurtz