**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AMIR AHMADIYAR, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASPIRE LAW GROUP, PLLC, a Michigan Professional Limited Liability Company,<br><br>Defendant. | Civil Action No.<br>1:26-cv-01792-PTG-LRV<br><br>Hon. Patricia Tolliver Giles<br><br>**[PROPOSED] ORDER** |

THIS MATTER comes before the Court on Defendant Aspire Law Group, PLLC's Motion to Dismiss Plaintiff's Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6). Upon consideration of the Motion, the Memorandum in Support thereof, the supporting Declaration, any opposition and reply, the arguments of counsel, if any, and the record in this matter, and for good cause shown, it is hereby

**ORDERED** that Defendant Aspire Law Group, PLLC's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Class Action Complaint is **DISMISSED**.

Alexandria, Virginia
Date: __________________, 2026

______________________________
Hon. Patricia Tolliver Giles