**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AMIR AHMADIYAR, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASPIRE LAW GROUP, PLLC, a Michigan Professional Limited Liability Company,<br><br>Defendant. | Civil Action No.<br>1:26-cv-01792-PTG-LRV<br><br>Hon. Patricia Tolliver Giles<br><br>**DECLARATION IN SUPPORT OF MOTION TO DISMISS CLASS ACTION COMPLAINT** |

**DECLARATION OF STUART M. DORF**
**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

**STATE OF MICHIGAN**
**COUNTY OF OAKLAND**

I, STUART M. DORF, being of lawful age and competent to make this declaration, hereby declare and state as follows:

1. I am the Managing Member of Aspire Law Group, PLLC ("Aspire") and am authorized to make this Declaration on Aspire's behalf. I have personal knowledge of the matters stated herein based on my role and responsibilities at Aspire, and I am familiar with Aspire's records concerning its corporate organization, operations, and business activities.
2. Aspire is a Michigan professional limited liability company. Aspire's principal place of business is located in Detroit, Michigan.
3. Aspire does not maintain an office or other physical place of business in Virginia. Aspire does not own real property or maintain bank accounts in Virginia.

4. Aspire is registered as a foreign professional limited liability company in Virginia. Aspire also has one non-equity partner attorney associated with Virginia. Aspire otherwise has no physical presence in Virginia.
5. Aspire does not specifically advertise or market its services in Virginia. Indeed, Aspire does not specifically advertise or market its services generally.
6. With respect to the allegations in the Complaint, I understand that Plaintiff alleges that he received a prerecorded telephone call on February 13, 2026, during which a person identifying herself as "Kiana Navarro" stated that Plaintiff was approved for $39,000 and provided the telephone number 855-909-0914 for Plaintiff to call back.
7. Aspire did not place or direct that telephone call to Plaintiff.
8. Aspire did not provide Plaintiff's telephone number to the person or entity that placed that telephone call.
9. Aspire does not own the telephone number 855-909-0914 identified in the prerecorded message as the number for Plaintiff to call back.
10. Aspire does not have Virginia-directed business activity relevant to this dispute.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Oakland County, State of Michigan, on this 17th day of August, 2026.

**Stuart M. Dorf, Esq.**
Managing Member
Aspire Law Group, PLLC