**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| AMIR AHMADIYAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ASPIRE LAW GROUP, PLLC<br><br>Defendant. | Case No. 1:26-cv-01792 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P.41(a)(1)(A). The putative class allegations are dismissed without prejudice.

RESPECTFULLY SUBMITTED this 16th day of September, 2026.

Plaintiff,

*/s/ William Robinson*
William Robinson
VSB:76098
319 N. Piedmont St., #1
Arlington VA. 22203
ph. 703-789-4800
wprlegal@gmail.com